Form ntabusTR

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jose A. Saldivar
1416 S. River Rd.
Des Plaines, IL 60018
SSN: xxx−xx−8906   EIN: N.A.

Case No. : 20−07364
Chapter : 7
Judge : David D. Cleary

### CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT
### OF PRESUMPTION OF ABUSE
### UNDER 11 U.S.C. § 707 (b)(2)

Notice is hereby given that the United States Trustee has reviewed all Materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under § 707(b)(2).

FOR THE COURT

Dated: May 23, 2022

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 20-07364-DDC
Jose A. Saldivar  Chapter 7
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 4
Date Rcvd: May 23, 2022 Form ID: ntabusTR Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose A. Saldivar, 1416 S. River Rd., Des Plaines, IL 60018-1742 |
| 28732587 | + | Aligncumulus Funding, P.o. Box 845817, Los Angeles, CA 90084-5817 |
| 28732589 | #+ | Aspen Financial Solutions, Inc., Attn: Bankruptcy Handling, PO Box 802533, Dallas, TX 75380-2533 |
| 28732609 | + | Jocelyn Contreras, 1416 S. River Rd., Des Plaines, IL 60018-1742 |
| 28732611 | + | Maxlend, Makes Cents, Inc. d/b/a Maxlend, PO Box 639, Parshall, ND 58770-0639 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 28732585 | + | Email/Text: advancepaychecknotices@gmail.com | May 23 2022 22:22:00 | Advance Paycheck Online, 2400 Caton Farm Rd. Unit-P, Crest Hill, IL 60403-1387 |
| 28819117 | + | Email/Text: advancepaychecknotices@gmail.com | May 23 2022 22:22:00 | Advance Paycheck, Inc., 2400 Caton Farm Road, Unit P, Crest Hill, IL 60403-1387 |
| 28732586 | + | Email/Text: backoffice@affirm.com | May 23 2022 22:22:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 28809258 | | Email/PDF: bncnotices@becket-lee.com | May 23 2022 22:23:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 28732588 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2022 22:23:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 28819116 | + | Email/Text: bkattorneynotices@gmail.com | May 23 2022 22:21:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 28732590 | + | Email/Text: bankruptcy@ldf-holdings.com | May 23 2022 22:22:00 | Bridge Lending Solutions, PO Box 481, Lac Du Flambeau, WI 54538-0481 |
| 28732591 | + | Email/Text: customerservice@brightlending.com | May 23 2022 22:22:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 28732599 | | Email/Text: cfcbackoffice@contfinco.com | May 23 2022 22:22:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 28732592 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 23 2022 22:23:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 28794609 | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2022 22:23:11 | Capital One Bank (USA), N.A. by American InfoSourc, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28794610 | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2022 22:23:11 | Capital One N.A. by American InfoSource as agent, Capital One Bank (USA) N.A by American I, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 28732594 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 28732595 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 22:23:11 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 28732596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 22:23:11 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 28732597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 22:23:04 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 28732598 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 23 2022 22:23:19 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 28732600 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2022 22:22:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 28732601 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 22:23:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 28860260 | | Email/Text: bnc-quantum@quantum3group.com | May 23 2022 22:23:19 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 29738986 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2022 22:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 28747798 | | Email/Text: mrdiscen@discover.com | May 23 2022 22:22:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 28732602 | + | Email/Text: mrdiscen@discover.com | May 23 2022 22:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 28732605 | | Email/Text: BNBLAZE@capitalsvcs.com | May 23 2022 22:21:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 28732603 | + | Email/Text: bncnotifications@pheaa.org | May 23 2022 22:21:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 28732606 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 23 2022 22:21:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 28732607 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 23 2022 22:22:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 28732608 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 23 2022 22:22:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 28732604 | | Email/Text: bnc-bluestem@quantum3group.com | May 23 2022 22:22:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 28732593 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 23 2022 22:22:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 28786926 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 23 2022 22:23:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 28828382 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2022 22:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 28732610 | + | Email/Text: mail@ldf-holdings.com | May 23 2022 22:23:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 28782461 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 23 2022 22:21:00 | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 28732611 | | ^ MEBN | May 23 2022 22:23:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 28732612 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 23 2022 22:18:04 | Maxlend, Makes Cents, Inc. d/b/a Maxlend, PO Box 639, Parshall, ND 58770-0639 |
| | | | May 23 2022 22:23:08 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po |

Case 20-07364 Doc 54 Filed 05/25/22 Entered 05/25/22 23:13:10 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 0752-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2022 | Form ID: ntabusTR | Total Noticed: 67 |

| | | | |
|---|---|---|---|
| | | | Box 9201, Old Bethpage, NY 11804-9001 |
| 28732613 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 23 2022 22:21:00 | Nissan Motor Acceptance, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 28831074 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | May 23 2022 22:21:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 28732614 | + Email/Text: bnc@nordstrom.com | May 23 2022 22:22:04 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 28791620 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 23 2022 22:22:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 28745804 | Email/PDF: cbp@onemainfinancial.com | May 23 2022 22:23:15 | ONEMAIN FINANCIAL GROUP, LLC, OneMain, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 28732616 | Email/Text: bankruptcy@oportun.com | May 23 2022 22:21:00 | Oportun, Attn: Bankruptcy, Po Box 4085, Menlo Park, CA 94026 |
| 28732615 | + Email/PDF: cbp@onemainfinancial.com | May 23 2022 22:23:15 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 28732617 | + Email/Text: opportunitynotices@gmail.com | May 23 2022 22:22:00 | Opportunity Financial, LLC, Attn: Bankruptcy, 130 East Randolph St. Ste 3400, Chicago, IL 60601-6379 |
| 28862844 | + Email/Text: opportunitynotices@gmail.com | May 23 2022 22:22:00 | Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 28781904 | Email/Text: perituselevate@peritusservices.com | May 23 2022 22:21:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 28863753 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 23 2022 22:23:18 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 28863754 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 23 2022 22:23:17 | Portfolio Recovery Associates, LLC, c/o Shell, POB 41067, Norfolk VA 23541 |
| 28863757 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 23 2022 22:23:03 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 28851597 | Email/Text: bnc-quantum@quantum3group.com | May 23 2022 22:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 28800410 | Email/Text: bnc-quantum@quantum3group.com | May 23 2022 22:22:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 28800373 | Email/Text: bnc-quantum@quantum3group.com | May 23 2022 22:22:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 28732620 | + Email/Text: elevate@ebn.phinsolutions.com | May 23 2022 22:22:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 28732618 | + Email/Text: bankruptcy@ldf-holdings.com | May 23 2022 22:22:00 | RadiantCash, Ishwaaswi, LLC d/b/a RadianCash, PO Box 1183, Lac Du Flambeau, WI 54538-1183 |
| 28732619 | + Email/Text: bankruptcy@republicbank.com | May 23 2022 22:22:00 | Republican Bank & Trust Co., Attn: Elastic Customer Support, 4030 Smith Rd., Cincinnati, OH 45209-1957 |
| 28732621 | + Email/PDF: gecsedi@recoverycorp.com | May 23 2022 22:23:03 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 28732622 | + Email/PDF: gecsedi@recoverycorp.com | May 23 2022 22:23:02 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 28861701 | + Email/PDF: gecsedi@recoverycorp.com | May 23 2022 22:23:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 28851100 | + Email/Text: bncmail@w-legal.com | May 23 2022 22:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 400, SEATTLE, WA 98121-3132 |
| 28732623 | + | Email/Text: bncmail@w-legal.com | May 23 2022 22:22:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 28732624 | + | Email/Text: documentfiling@lciinc.com | May 23 2022 22:21:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 28732625 | | Email/Text: bknotice@upgrade.com | May 23 2022 22:21:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 28732626 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 23 2022 22:21:00 | Verizon Wireless (BK), Attn: Bankruptcy Dept., 1515 Woodfield Rd, Schaumburg, IL 60173-6046 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28862843 | *+ | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arthur Corbin | on behalf of Debtor 1 Jose A. Saldivar arthur@corbin-law.com corbinar96709@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Richard M. Fogel | rfogel@cozen.com il72@ecfcbis.com;richard-fogel-1441@ecf.pacerpro.com |

TOTAL: 3