**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Jose A. Saldivar | ) | Chapter 13 |
| | ) | Case No. 20 B 07364 |
| Debtor(s) | ) | Judge David D. Cleary |
| Printed: 05/30/2022 | | Filed: 03/14/2020 |

---

## ORDER OF DISCHARGE OF TRUSTEE

After examination of the final report and account of the trustee, the court finds that Marilyn O Marshall has fulfilled her obligaions as trustee.

NOW THEREFORE IT IS ORDERED THAT:
Marilyn O Marshall is discharged as trustee and released from all further liabliltiy in this case, and trustee's surety is also released and discharged.

FOR THE COURT

Date: 05/30/2022

Jeffrey P. Allsteadt
Clerk of the Bankruptcy Court